PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender: Howard Epstein  
Cr.: 07-00291-001  
PACTS Number: 48277

Name of Sentencing Judicial Officer: Judge Susan Wigenton

Date of Original Sentence: 11/19/07

Original Offense: Conspiracy to Commit Mail Fraud

Original Sentence: 20 months imprisonment

Type of Supervision: supervised release        Date Supervision Commenced: 07/31/09

## PETITIONING THE COURT

[ ] To extend the term of supervision for       Years, for a total term of       Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION

The offender shall make monthly restitution payments as directed by the probation officer.

## CAUSE

We are requesting a modification of the court-ordered minimum payment of $250 a month based on the offender's current financial situation and his ability to pay.

Respectfully submitted,  
Donna Weber Shaw  
2012.01.31 18:33:25  
By: Donna W. Shaw  
Senior U.S. Probation Officer  
Date: 01/31/12

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

February 2, 2012
_____
Date